UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID JONES,

       Plaintiff(s),

   v.

PHILLIPS & COHEN ASSOCIATES, LTD.,

       Defendant(s).
_____/

No. C 09-4603 PJH

**ORDER TO SHOW CAUSE**

      This matter was reassigned to the undersigned judge on October 15, 2009. By order filed on October 26, 2009, the court scheduled an initial case management conference for February 4, 2010. On November 2, 2009, plaintiff through his counsel, filed a notice of settlement advising that the settlement would likely be finalized within 40 days. The court did not vacate all dates as requested, given that the next appearance was scheduled more than 40 days out and the court expected that the case would be dismissed before that date. No dismissal having been filed, however, on February 4, 2010 the case was called for case management conference. Neither plaintiff nor defendant appeared.

      Accordingly, the parties are hereby ordered to show cause why this matter should not be dismissed for plaintiff's failure to prosecute, or why sanctions should not be imposed for defendant's failure to appear as ordered. A hearing on the order to show cause will be held on **February 25, 2010, at 2:00 p.m.** The date will be vacated if the court receives a stipulation for dismissal before that date. A further failure to appear will result in a dismissal of this action and/or imposition of sanctions.

      **IT IS SO ORDERED.**

Dated: February 4, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge