Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., 4th Floor
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
DAVID JONES

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID JONES ) | Case No.: CV09-4603 RS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **VOLUNTARY DISMISSAL** |
| ) | |
| PHILLIPS & COHEN ASSOCIATES, LTD., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, DAVID JONES, by and through his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PHILLIPS & COHEN ASSOCIATES, LTD. (Defendant), in this case.

Dated: February 4, 2010    KROHN & MOSS, LTD.

By:/s/ Michael S. Agruss

Michael S. Agruss

Attorney for Plaintiff,
DAVID JONES

2/5/10

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*